IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00166-RMR-KMT

JOHN HIBBS,

    Plaintiff,

v.

RICK MERCER,
CHARISSE UPSHAW,
NICOLE SMITH, and
MISTY ZADE,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

    Pursuant to D.C.COLO.LAttyR 5(b), Assistant Attorney General Gregory Bueno respectfully moves to withdraw Crystal Littrell as counsel for Defendants Rick Mercer, Charisse Upshaw, Nicole Smith, and Misty Zade. In support of this motion, Mr. Bueno states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7-1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

    2.    Ms. Littrell has tendered her resignation with the Office of the Attorney General and will no longer represent the Colorado Department of Corrections or its employees.

    3.    This case has transitioned to Assistant Attorney General Gregory Bueno who is presently entered as attorney of record for the Defendants and will continue such representation. Accordingly, Defendants will not be impacted by the withdrawal of Ms. Littrell as counsel of record.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order approving Ms. Littrell's withdrawal as counsel of record and that electronic service to Ms. Littrell in this matter via the CM/ECF system be terminated.

Respectfully submitted this 26th day of January, 2022.

        PHILIP J. WEISER
        Attorney General

        *s/ Gregory R. Bueno*
        GREGORY R. BUENO*
        Assistant Attorney General
        Civil Litigation and Employment Law Section
        *Attorney for Defendants*
        1300 Broadway, 10th Floor
        Denver, Colorado  80203
        Telephone: (720) 508-6644
        Fax: (720) 508-6032
        E-Mail: gregory.bueno@coag.gov
        *Counsel of Record

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing **MOTION TO WITHDRAW** upon all parties herein by e-filing with the CM/ECF system maintained by the court on January 26, 2022, and by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, on January 27, 2022[1], addressed as follows:

John E. Hibbs, #52597
Fremont Correctional Facility
P.O. Box 999
Cañon City, CO 81215-0999
*Plaintiff Pro Se*

*Courtesy Copy E-Mailed to:*
Adrienne Sanchez, Associate Director of Legal Services, CDOC

      */s/ Laressa C. Gonzalez and Mariah Cruz-Nanio*

---

[1] Due to Covid-19, the Corrections Unit of the Colorado Attorney General's Office continues to have a limited number of in-person staff and mail is processed on ***Tuesdays*** and ***Thursdays***.